UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JASON T. WHARTON,

     Plaintiff,

v.                              Case No. 5:25cv305-MCR/MJF

K. COUVERTIER, *et al.*,

     Defendants.

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on December 25, 2025. ECF No. 13. The Court has furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 13, is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with the Local Rules for the Northern District of Florida.

3. The clerk of the court will close the case file.

**DONE AND ORDERED** this 24th day of March 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**